IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                            *

BALTIMORE AND CHARLES             *        Case No: 10-17685-RAG
ASSOCIATES, LLC                                        (Chapter 11)
                                                  *
    Debtor
                                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

    ☐    The deposit required by the plan has been distributed.

IT IS ORDERED THAT

    ☐    _____
                            (name of trustee)

is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

    ☐    the Chapter 11 case of the above named debtor is closed; and

    ☐    [other provisions as needed]


cc:    Lawrence J. Yumkas, Esquire
        Logan, Yumkas, Vidmar & Sweeney, LLC
        2530 Riva Road, Suite 400
        Annapolis, Maryland 21401

Lawrence P. Block, Esquire
Stinson Morrison Hecker
1150 18th Street, NW, Suite 800
Washington, D.C. 20036

Deborah H. Devan, Esquire
Brian M. Boyle, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

Darek Bushnaq, Esquire
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

Mary Fran Ebersole, Esquire
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Alan D. Eisler, Esquire
Meyers Eisler, LLC
11140 Rockville Pike, Suite 570
Rockville, Maryland 20852

Morton A. Faller, Esquire
Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854

Byron L. Huffman, Esquire
Byron L. Huffman, P.C.
P. O. Box 369
Columbia, Maryland 21045

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209

Katherine A. Levin, Esquire
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

Kimberly Stephens, Esquire
Comptroller of Maryland
301 West Preston Street, Room 410
Baltimore, Maryland 21201

- 3 -

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Mark S. Goldstein, Esquire
Alan Mark, Esquire
Paley Rothman
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814

Michael P. Darrow, Esquire
221 Duke of Gloucester Street
Annapolis, Maryland 21404

Glenn Solomon, Esquire
Offit Kurman, P.A
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117-3754

Gary Huggins, Esquire
2014 Willoughby Road
Mason, Michigan  48854

Attached Service List

**END OF ORDER**

Newmarket International
c/o John S. Fellows
75 New Hampshire Avenue
Portsmouth, NH 03801

Clevenger Corporation
c/o Clifton L. Clevenger, III
10718 Tucker Street
Beltsville, MD 20705

DCI- Design Communications
c/o Robert Torres
6851 Jericho Turnpike, Suite 260
Syosset, NY 11791

Klima Electric Co., Inc.
c/o John J. Klima, Jr.
3 Pinewood Road
Baltimore, MD 21222

MDU Enterprises, Inc. dba Bulk TV
c/o Brian Madigan
8537 Six Forks Road, Suite 100
Raleigh, NC 27615

Angelo Stambules, Vice President
Capmark Financial, Inc.
Hospitality Lending Group
8201 Greensboro Drive, Suite 301
Mc Lean, VA 22102-3869

National Penn Bank
c/o Forrest T. Passerin, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Frank Fullam, CFO
HospiComm, Inc.
41 North 3rd Street, Suite 200
Philadelphia, PA 19106

Douglas F. Gansler, Attorney General
Stuart Cordish, Asst. Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

Land Records for Baltimore City
c/o Frank M. Conaway, Clerk of the
Circuit Court
Courthouse East, Room 412
111 North Calvert Street
Baltimore, Maryland 21202