Entered: October 05, 2011
Signed: October 05, 2011
**SO ORDERED**



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Baltimore and Charles Associates, LLC | * | Case No.   10-17685-RAG |
| | * | Chapter   11 |
| | * | |
| | * | |
| Debtor(s) | * | |

### FINAL DECREE IN CHAPTER 11 CASE

The estate of the above-named Debtor(s) having been fully administered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Chapter 11 case of the above-named Debtor(s) is CLOSED.

cc:   Debtor(s)
      Counsel for Debtor(s)
      U.S. Trustee
      All Creditors

Postco-6.9-- 8/24/07(csofinowski)

**End of Order**